IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS GRANDINETTI, #A0185087, | CIV. NO. 19-00341 JAO-WRP |
| Plaintiff, | DISMISSAL ORDER |
| vs. | |
| U.S. PRESIDENT DONALD J. TRUMP, et al., | |
| Defendants. | |

# **DISMISSAL ORDER**

Before the court is pro se prisoner Francis Grandinetti's most recent pleading, titled "Federal-Injunction Motion; Presidential Emergency Orders and Relief." ECF No. 1. Grandinetti complains about corruption and organized crime in the Hawaii Department of Public Safety, for which he seeks Department of Justice intervention.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g)[1] and may not proceed without prepayment of the complete civil filing fee, unless his pleadings show that he was in imminent danger of serious physical injury at the

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

time that he brought this action.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007).  Nothing within Grandinetti's Complaint or his exhibits supports a finding that he is or was in imminent danger of serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id*. at 1056.  Grandinetti may not proceed in forma pauperis in this action.  The July 1, 2019 Deficiency Order, ECF No. 2, is VACATED and any request to proceed in forma pauperis in this action is DENIED.

The Complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).  Grandinetti may reassert these claims in a new action with concurrent payment of the full civil filing fee.  The Clerk SHALL terminate this case.  The Court will take no further action in this case beyond processing a notice of appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 8, 2019.



　　　　　　　　 /s/  Jill A. Otake
　　　　　　　　Jill A. Otake
　　　　　　　　United States District Judge

*Grandinetti v. Trump, et al.*, No. 1:19-cv-00341 JAO-WRP; 3 Stks 19, Grandinetti 19-341 jao (VAC def. ord., dny IFP, dsm)